## FIRST DEPARTMENT, JULY, 1917.

OWEN E. ABRAHAM, Assignee for the Benefit of Creditors of CHARLES E. BALL and LOUIS E. WHICHER, Composing the Firm of BALL & WHICHER, Appellant, *v.* AMERICAN EXCHANGE NATIONAL BANK, Respondent.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office June 27, 1916, dismissing the complaint after a trial at Trial Term.

PER CURIAM: Upon the ground that there was an issue of fact for the jury as to whether Valentine was an agent of the firm of E. D. Shepard & Co., the judgment is reversed and a new trial ordered, with costs to appellant to abide the event. Present — Dowling, Smith, Page and Shearn, JJ. Judgment reversed and new trial ordered, with costs to appellant to abide event.

In the Matter of CHARLES FIRESTONE, an Attorney, Respondent.

Disciplinary proceedings instituted by the Association of the Bar of the City of New York.

PER CURIAM: Upon careful consideration of all the testimony in this matter we are not satisfied that the charges have been sustained by that fair preponderance of evidence which will warrant disciplinary action by this court. The proceeding is, therefore, dismissed. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ. Proceeding dismissed. Order to be settled on notice.

SIGMUND WEITZENBLUM, Respondent, *v.* RICHMOND LIGHT AND RAILROAD COMPANY, Appellant.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office January 24, 1917, upon the verdict of a jury, and also from an order entered January 30, 1917, denying a motion for a new trial.

PER CURIAM: Upon the ground that the verdict was against the evidence, the judgment and order are reversed and a new trial ordered, with costs to appellant to abide the event. The findings of the jury that the defendant's conductor in his altercation with the plaintiff was acting within the scope of his authority, and that the plaintiff was then a passenger, are reversed. Present — Scott, Dowling, Smith, Page and Shearn, JJ. Judgment and order reversed and new trial ordered, with costs to appellant to abide event.